**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENWOOD DIVISION**

| | |
|---|---|
| FLEXIBLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHARKNINJA OPERATING, LLC, SHARKNINJA MANAGEMENT COMPANY, and SHARKNINJA SALES COMPANY, <br><br> Defendants. | C.A. No.: 8:17-cv-00117-TMC <br><br><br> **CONSENT MOTION OF CHRISTOPHER B. SCHOEN FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Attorney Christopher B. Schoen, counsel for Plaintiff Flexible Technologies, Inc. ("Plaintiff"), respectfully moves for leave to withdraw as counsel for Plaintiff. Mr. Schoen will be joining The United States Attorneys' Office in Charleston, and will be leaving Wyche, P.A. on December 9, 2017.

Plaintiff will continue to be represented in this action by its other counsel of record Wallace K. Lightsey of Wyche, P.A. together with Jeffrey M. Fisher, Deepak Gupta, and Winston Liaw of FARELLA BRAUN + MARTEL LLP.

The undersigned has consulted with counsel of record and all parties and said counsel and all parties consent to this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant his motion for leave to withdraw as counsel for Plaintiff Flexible Technologies, Inc.

        Respectfully submitted,

        s/ Christopher B. Schoen
        Wallace K. Lightsey (D.S.C. Id. No. 1037)
        Christopher B. Schoen (D.S.C. Id. No. 11421)
        WYCHE P.A.
        44 East Camperdown Way (29601)
        Post Office Box 728
        Greenville, South Carolina  29602-0728
        Telephone:  (864) 242-8200
        Facsimile:   (864) 235-8900
        E-Mail:       wlightsey@wyche.com
                        cschoen@wyche.com

        AND

        Jeffrey M. Fisher (CA State Bar No. 155284)
        Deepak Gupta (CA State Bar No. 226991)
        Winston Liaw (CA State Bar No. 273899)
        FARELLA BRAUN + MARTEL LLP
        235 Montgomery Street, 17th Floor
        San Francisco, CA  94104
        Telephone:  415-954-4400
        Facsimile:   415-954-4480
        Email:         jfisher@fbm.com
                        dgupta@fbm.com
                        wliaw@fbm.com

Dated:  December 8, 2017        **ATTORNEYS FOR PLAINTIFF**