**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLEXIBLE TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-348 (CFC) |
| | ) | |
| SHARKNINJA OPERATING, LLC, | ) | |
| SHARKNINJA MANAGEMENT | ) | |
| COMPANY, and | ) | |
| SHARKNINJA SALES COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED NOTICE OF DISMISSAL

Plaintiff Flexible Technologies, Inc. ("FTI") and Defendants SharkNinja Operating, LLC, SharkNinja Management Company, and SharkNinja Sales Company (collectively, "SharkNinja"), by and through their respective attorneys, hereby file this Stipulated Dismissal as to all claims in this case.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff FTI and Defendants SharkNinja hereby stipulate, through their respective attorneys, that FTI's claims against SharkNinja shall be and are dismissed with prejudice in their entirety. FTI and SharkNinja further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: July 31, 2019

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Jack B. Blumenfeld* |
| Kenneth L. Dorsney (#3726) | Jack B. Blumenfeld (#1014) |
| MORRIS JAMES LLP | Jeremy A. Tigan (#5239) |
| 500 Delaware Avenue, Suite 1500 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 888-6800 | Wilmington, DE 19899 |
| kdorsney@morrisjames.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| Jeffrey M. Fisher | jtigan@mnat.com |
| Deepak Gupta | |
| Winston Liaw | Robert W. Kantner |
| FARELLA BRAUN + MARTEL LLP | JONES DAY |
| 235 Montgomery Street, 17th Floor | 2727 North Harwood Street |
| San Francisco, CA 90104 | Dallas, TX 75201 |
| (415) 954-4400 | (214) 220-3939 |
| | |
| | Tracy A. Stitt |
| | JONES DAY |
| *Attorneys for Plaintiff* | 51 Louisiana Avenue, N.W. |
| *Flexible Technologies, Inc.* | Washington, DC 20001 |
| | (202) 879-3939 |
| | |
| | *Attorneys for Defendants SharkNinja Operating, LLC, SharkNinja Management Company, and SharkNinja Sales Company* |

**SO ORDERED** this ____ day of August, 2019.

 

                                                                                   United States District Court Judge